**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-7098**

───────────────

RONALD LEE SIMMONS, SR.,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Department of
Corrections,

Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-96-1289-AM)

───────────────

Submitted:  July 2, 1998          Decided:  July 17, 1998

───────────────

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Ronald Lee Simmons, Sr., Appellant Pro Se.  Linwood Theodore Wells,
Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Simmons v. Angelone</u>, No. CA-96-1289-AM (E.D. Va. July 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2